74 A.3d 120

David LUSICK, Petitioner

v.

Defacto Judge Pam Pryor Cohen DEMBE, Joseph Evers, Clerk Of Court, Sara Siegel Business MGR PA Department Of Corrections, Commonwealth of Pennsylvania, Travis Anderson, Esq., Kathy Diffily, Esq, A Taylor Williams Esq, Respondents.

No. 79 EM 2013.

Supreme Court of Pennsylvania.

Aug. 29, 2013.

## ORDER

PER CURIAM.

**AND NOW,** this 29th day of August, 2013, the Petition for Review is **DENIED.** The Prothonotary is directed to strike the name of the jurist from the caption.